4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GERVAIS WAGNER, M.D. | § | |
| | § | |
| VS. | § | C. A. NO. B-00-189 |
| | § | |
| SOUTHWEST AIRLINES, CO. | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE HILDA G. TAGLE:

COMES NOW Southwest Airlines, Co. ("Southwest"), Defendant herein, and answers Plaintiff's Original Petition on file herein, as follows:

### I.

Without waiving other defenses asserted and to be asserted herein, Defendant answers the specifically numbered paragraphs contained in Plaintiff's Original Petition as follows:

1. Paragraph I does not make a factual allegation and does not require a responsive answer.

2. Defendant admits the allegations contained in paragraph II of Plaintiff's original petition.

3. Defendant has insufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph III of Plaintiff's original petition and therefore denies the same.

4. Defendant denies the allegations contained in paragraph IV of Plaintiff's original petition.

264443.1
#000830

1

5. Defendant denies the allegations contained in paragraph V of Plaintiff's original petition.

## II.

## Preemption

Plaintiff's state law claims are preempted by the applicable federal regulatory scheme established by the Federal Aviation Administration to promote uniform safety in aviation. Defendant, Southwest Airlines, Co., has fully complied with all applicable regulatory requirements for inspections and maintenance required by the Federal Aviation Administration to ensure the safety of flight for its fleet of aircraft, including the aircraft in question.

Accordingly, as a matter of law, Plaintiff is not entitled to recover damages from Defendant.

## III.

## Failure to State a Claim

Plaintiff's original petition fails to state a claim against this Defendant upon which relief may be granted.

## IV.

## Jury Demand

Defendant demands trial by jury on all issues.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by reason of the allegations contained in Plaintiff's original petition, and that Defendant be granted such other and further relief as the Court may deem appropriate.

264443.1
#000830

2


Respectfully submitted,

_____
William L. Maynard
Federal I.D. No. 1301
TX State Bar # 13295500
**Attorney In Charge**

**OF COUNSEL:**
BEIRNE, MAYNARD & PARSONS, L.L.P.
John V. Treviño, Jr.
TBA No. 24003082
Federal I.D. No. 23860
1300 Post Oak Boulevard, Suite 2400
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

**ATTORNEYS FOR DEFENDANT,
SOUTHWEST AIRLINES, CO.**

## CERTIFICATE OF SERVICE

I hereby certify the foregoing instrument has been served via certified mail, return receipt requested, on all known counsel of record on the _____ day of December 2000, as follows:

B. Buck Pettitt
FLORES, CASSO & PETTITT, LLP
321 South 12th Street
P. O. Box 2128
McAllen, Texas 78505-2128

_____
William L. Maynard

264443.1
#000830

3