**ORIGINAL**

United States District Court
Southern District of Texas
FILED

JAN 0 3 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GERVAIS WAGNER, M.D. | § | |
| | § | |
| VS. | § | C. A. NO. B-00-189 |
| | § | |
| SOUTHWEST AIRLINES, CO. | § | |

### DEFENDANT SOUTHWEST AIRLINES CO.'S
### CERTIFICATE OF INTERESTED PARTIES

Defendant Southwest Airlines Co. lists the following parties with a financial interest in this litigation:

1. Gervais Wagner, M.D.;

2. <u>Southwest Airlines, Co.</u>;

3. Associated Aviation Underwriters.

Respectfully submitted,

By: _____
William L. Maynard
TBA No. 13295500

ATTORNEY-IN-CHARGE FOR
SOUTHWEST AIRLINES, CO.

**OF COUNSEL:**
Beirne, Maynard & Parsons, L.L.P.
John V. Treviño
TBA No. 24003082
1300 Post Oak Blvd.
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

265569.1
26/000830

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant's Certificate of Interested Parties was served in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, on January ____, 2001.

_____
William L. Maynard

265569.1
26/000830

2