

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| GERVAIS WAGNER, M.D. | § | |
| | § | |
| VS. | § | C. A. NO. B-00-189 |
| | § | |
| SOUTHWEST AIRLINES, CO. | § | |

### DEFENDANT SOUTHWEST AIRLINES CO.'S
### AMENDED CERTIFICATE OF INTERESTED PARTIES

Defendant Southwest Airlines Co. lists the following parties with a financial interest in this litigation:

1. Gervais Wagner, M.D.;

2. Southwest Airlines, Co.;

3. Associated Aviation Underwriters.

Respectfully submitted,

By: _____
William L. Maynard
TBA No. 13295500
Federal I.D. No. 1301

ATTORNEY-IN-CHARGE FOR
SOUTHWEST AIRLINES, CO.

OF COUNSEL:

Beirne, Maynard & Parsons, L.L.P.
John V. Treviño
TBA No. 24003082
Federal I.D. No. 23860
1300 Post Oak Blvd.
Houston, Texas 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

265569.1
26/000830

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendant's Certificate of Interested Parties was served in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, on January 10th, 2001.

Mr. B. Buck Pettitt
**FLORES, CASSO & PETTITT, L.L.P.**
321 South 12th Street
P.O. Box 2128
Harlingen, Texas 78505-2128

_____
William L. Maynard