9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GERVAIS WAGNER, M.D., § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-00-189 |
| § | |
| SOUTHWEST AIRLINES, CO., § | |
| Defendant § | |

**DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **GERVAIS WAGNER, M.D.,** Plaintiff herein, by and through his counsel of record, and would show the Court that the following entities are financially interested in the outcome of this litigation:

1. **GERVAIS WAGNER, M.D.,** 1001 South 10th Street, Suite 536, McAllen, Texas 78501.

2. **FLORES, CASSO & PETTITT, L.L.P.,** 321 South 12th Street, P. O. Box 2128, McAllen, Texas 78505-2128.

3. **SOUTHWEST AIRLINES, CO.,** c/o William L. Maynard, John V. Treviño, **BEIRNE, MAYNARD & PARSONS, L.L.P.,** 1300 Post Oak Blvd., Suite 2500, Houston, Texas 77056-3000.

4. **ASSOCIATED AVIATION UNDERWRITERS,** 51 John F. Kennedy Parkway, Short Hills, New Jersey 07078.

Respectfully submitted,

**FLORES, CASSO & PETTITT, L.L.P.**
321 South 12th Street
P. O. Box 2128
McAllen, Texas   78505-2128
(956) 686-9591
(956) 686-9478 [fax]

By: _____
    B. Buck Pettitt
Texas State Bar No. 15863000
Southern District of Texas No. 1050

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent via certified mail, return receipt requested, to:

Mr. William L. Maynard
Mr. John V. Treviño
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., Suite 2500
Houston, Texas   77056-3000

this 9th day of January, 2001.

_____
B. Buck Pettitt