11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Gervais Wagner, M.D., | § § § | |
| Plaintiff, | § | |
| v. | § § | CIVIL ACTION NO. B-00-189 |
| Southwest Airlines, Co., | § § | |
| Defendant. | § § | |

## ORDER

BE IT REMEMBERED that on April 3, 2001, the Court **ORDERED** the Parties to submit their Joint Case Management Plan pursuant to Chamber Rule 7(A)(1) by 4:00 p.m. on Wednesday, April 4, 2001.

DONE at Brownsville, Texas, this 3rd day of April 2001.

Hilda G. Tagle
United States District Judge